# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

In the Matter of the Dependency of

P.J.V., DOB: 12/28/12,

STATE OF WASHINGTON,
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES,

             Respondent,

v.

BRAD RODE,

             Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

72968-3-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: AUG 1 0 2015

PER CURIUM — Brad Rode appeals from the trial court orders terminating his parental rights and denying his motion to vacate the termination order. The parties have stipulated that both orders should be reversed.

We accept the parties' stipulation. Accordingly, the Hearing, Findings, and Order Regarding Termination of Parent-Child Relationship regarding Father, entered November 4, 2014, and the Order Denying Father's Motion to Vacate Termination of Parental Rights by Default, entered January 15, 2015, are reversed and the matter remanded for a new termination trial.

Reversed and remanded.

FOR THE COURT: